JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Melanie Spencer,<br><br>        Plaintiff,<br><br>    v.<br><br>RSM Automotive, LLC, et al,<br><br>        Defendant(s). | SACV 18-01437JVS(DFMx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days</u>, to reopen the action if settlement is not consummated.

DATED: July 8, 2019

                                          James V. Selna<br>
                                   United States District Judge